IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

FRANK SOLIS                                                  PLAINTIFF

v.                          Case No. 4:19-cv-04025

DR. MELINE JONES-FOSTER, Doctor, Correct Care Solutions;
Southwest Arkansas Community Correction
Center ("SWACCC"); CORRECT CARE
SOLUTIONS, Medical Over SWACCC;
MS. REED, ARO SWACCC; and MS. KEENER,
Records, SWACCC                                  DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed July 2, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 31). Judge Bryant recommends granting Defendant Keener's Motion to Dismiss. (ECF No. 23).

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 31) *in toto*. Accordingly, Defendant Keener's Motion to Dismiss (ECF No. 23) is hereby **GRANTED**. Plaintiff's individual and official capacity claims against Defendant Keener are hereby **DISMISSED WITH PREDJUDICE**.

**IT IS SO ORDERED**, this 22nd day of July, 2019.

                                                                         /s/ Susan O. Hickey
                                                                         Susan O. Hickey
                                                                         Chief United States District Judge