IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

FRANK SOLIS                                                                                              PLAINTIFF

v.                                              Case No. 4:19-cv-4025

DR. MELINE JONES-FOSTER, Doctor,
Correct Care Solutions, Southwest Arkansas
Community Correction Center ("SWACCC");
and MS. REED, ARO SWACCC                                                                 DEFENDANTS

# ORDER

Before the Court is the Report and Recommendation filed October 3, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 46). Judge Bryant recommends that Defendant Reed's Motion to Dismiss (ECF No. 42) be granted.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 46) *in toto*. Accordingly, Defendant Reed's Motion to Dismiss (ECF No. 42) should be and hereby is **GRANTED**. Plaintiff's individual and official capacity claims against Defendant Reed are hereby **DISMISSED WITH PREDJUDICE**.

**IT IS SO ORDERED**, this 22nd day of October, 2019.

                                                            /s/ Susan O. Hickey
                                                            Susan O. Hickey
                                                            Chief United States District Judge